1 | DOUGLAS J. FARMER, Cal. Bar No. 139646
doug.farmer@ogletreedeakins.com
2 | DAVID D. SOHN, Cal Bar No. 221119
david.sohn@ogletreedeakins.com
3 | OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
Steuart Tower, Suite 1300
4 | One Market Plaza
San Francisco, California 94105
5 | Telephone: 415-442-4810
Facsimile: 415-442-4870
6
Attorneys for Defendant
7 | KRAFT FOODS GLOBAL, INC.

8
JOHN C. ELSBREE, Cal. Bar No. 104397
9 | 580 California Street, Suite 1600
San Francisco, CA 94014
10 | Telephone: 415-738-8009
Facsimile: 415-738-8009
11
KATHLEEN A. O'REILLY, Cal. Bar No. 117193
12 | kathleen.a.oreilly@comcast.net
516 Dix Way
13 | San Jose, CA 95125
14 | Telephone: 408-445-1271
Facsimile: 408-445-2209
15
Attorneys for Plaintiff
16 | DANIEL DRAKE

17
18 | **UNITED STATES DISTRICT COURT**
19 | **NORTHERN DISTRICT OF CALIFORNIA**
20
21 | DANIEL DRAKE, | Case No. C 08-04824 SI
22 | Plaintiff, | **STIPULATION FOR DISMISSAL**
23 | v. |
24 | KRAFT FOODS GLOBAL, INC.; | Action Filed: November 30, 2007
NABISCO, INC.; and | Trial Date: None set
25 | Does 1 through 20, inclusive, |
26 | Defendants. |
27
28

STIPULATION FOR DISMISSAL

Case3:08-cv-04824-SI Document 29 Filed 06/25/09 Page 2 of 2

**STIPULATION**

IT IS HEREBY STIPULATED by and between the parties to this action through their designated counsel that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) the entire action is dismissed, as to all parties and all causes of action, with prejudice, and all parties will bear their own costs and attorneys' fees. This stipulation of dismissal with prejudice includes defendant Nabisco, Inc., which was previously dismissed without prejudice by stipulation of the parties.

DATED: June 18, 2009

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

By: _____
Douglas J. Farmer
David D. Sohn

Attorneys for Defendant
KRAFT FOODS GLOBAL, INC.

DATED: June 15, 2009

By: /S/
_____
John C. Elsbree

Attorney for Plaintiff
DANIEL DRAKE



IT IS SO ORDERED
Judge Susan Illston

---
STIPULATION FOR DISMISSAL